# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**ESTINA BARNES,**

    **Plaintiff,**

**vs.**　　　　　　　　　　　　　　　　**Case No. 4:19cv525-RH-MAF**

**CSG SYSTEMS, INC.,**

    **Defendant.**
_____/

## REPORT AND RECOMMENDATION

When this case was removed to federal court, ECF No. 1, Plaintiff was represented by counsel. However, in late January 2020, counsel filed a motion to withdraw, ECF No. 15, which was granted, ECF No. 16. Since then, Plaintiff has been proceeding pro se, although this litigation has not been proceeding.

The parties had been granted three extensions of time in which to file the Rule 26(f) Report. ECF Nos. 19, 22, and 25. On June 17, 2020, Defendant filed a unilateral Rule 26(f) Report which indicated that Plaintiff was unwilling to participate in this case until she secured new counsel. ECF No. 27. There was no indication that the parties had conferred or

engaged in any meaningful discussion regarding discovery. Furthermore, all of the recent filings in this case had been submitted by the Defendant.

Thus, because more than six months had passed without any action having been taken by the Plaintiff, she was "required to demonstrate her continued interest in this litigation and show there remains 'a case or controversy' between the parties . . . ." ECF No. 28. Plaintiff was required to file a response to that Order no later than August 25, 2020, but nothing was received.

In an abundance of caution, an Order to Show Cause was entered in late August 2020. That Order advised Plaintiff that she had been provided more than enough time to obtain counsel if she desired to do so. It did not appear that Plaintiff desired to move forward, and she was informed that this case could not continue if she did not respond to Court orders or actively participate in the litigation. ECF No. 30. Plaintiff was given one final opportunity to demonstrate her continued interest in this litigation. *Id.*

Plaintiff's deadline of September 4, 2020, has passed and nothing has been received from Plaintiff. Because she was warned that a recommendation would be made to dismiss this case if she did not respond, dismissal is now appropriate.

Case No. 4:19cv525-RH-MAF

It is respectfully **RECOMMENDED** that this case be **DISMISSED** for failure to prosecute.

**IN CHAMBERS** at Tallahassee, Florida, on September 15, 2020.

 S/    Martin A. Fitzpatrick
**MARTIN A. FITZPATRICK**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Within fourteen (14) days after being served with a copy of this Report and Recommendation, a party may serve and file specific written objections to these proposed findings and recommendations. Fed. R. Civ. P. 72(b)(2). A copy of the objections shall be served upon all other parties. A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof. Fed. R. Civ. P. 72(b)(2). <u>Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control.</u> If a party fails to object to the Magistrate Judge's findings or recommendations as to any particular claim or issue contained in this Report and Recommendation, that party waives the right to challenge on appeal the District Court's order based on the unobjected-to factual and legal conclusions.** *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636.**