IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ESTINA BARNES,

    Plaintiff,

v.                               CASE NO. 4:19cv525-RH-MAF

CSG SYSTEMS, INC.,

    Defendant.

_____/

### ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 31. No objections have been filed. As set out in the report and recommendation, the plaintiff apparently has abandoned the case. Upon consideration,

    IT IS ORDERED:

        The report and recommendation is accepted and adopted as the court's opinion. The clerk must enter judgment stating, "This case is dismissed for failure

to prosecute." The clerk must close the file.

    SO ORDERED on October 19, 2020.

s/Robert L. Hinkle<br>
United States District Judge

Case No. 4:19cv525-RH-MAF